**Order entered January 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00988-CR
No. 05-18-00989-CR
No. 05-18-00990-CR
No. 05-18-00991-CR

**ANDREW VASQUEZ JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56140-U, F17-56141-U, F18-10047-U & F18-10048-U**

# ORDER

The amended certifications of appellant's right to appeal have been filed. We **DIRECT**

the Clerk of the Court to set these appeals at issue.

/s/     LANA MYERS
        JUSTICE